O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2833 AHM (JCx) | Date | April 23, 2009 |
|---|---|---|---|

| Title | VIRGINIA GUZMAN v. U. S. DEPT. OF EDUCATION |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On April 17, 2009, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. On April 21, 2009, Plaintiff Virginia Guzman, appearing *pro se*, filed a "Request for Order re Judgement [sic] by Default." The Court will not dismiss the case at this time and discharges the Order to Show Cause.[1] Because Plaintiff has not applied for or received an entry of default from the court clerk the Request is DENIED without prejudice.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 14.